■ In the Matter of ONORINA MINOZZI, Petitioner, v BLANCHE BERNSTEIN, as Commissioner of the Department of Social Services of the City of New York, et al., Respondents.—Proceeding pursuant to CPLR article 78 to review a determination of the respondent State commissioner, dated August 29, 1978 and made after a statutory fair hearing, which affirmed a determination of the local agency reducing petitioner's grant of public assistance. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. The State commissioner's determination as to petitioner's willful withholding of information is supported by substantial evidence (see *300 Gramatan Ave. Assoc. v State Div. of Human Rights,* 45 NY2d 176). Damiani, J. P., Lazer, Mangano and Cohalan, JJ., concur.

■ In the Matter of T-JAIS PUB, INC., Appellant, v STATE LIQUOR AUTHORITY, Respondent.—In a proceeding pursuant to CPLR article 78 to review a determination of the respondent State Liquor Authority, made after a hearing, which found petitioner had altered its premises without permission of the authority and suspended its liquor license for a period of 10 days, petitioner appeals from a judgment of the Supreme Court, Queens County, dated October 15, 1979, which confirmed the determination and dismissed the petition. Judgment affirmed, without costs or disbursements. The determination is supported by substantial evidence and the punishment was not so disproportionate to the offense as to be shocking to one's sense of fairness *(Matter of Pell v Board of Educ.,* 34 NY2d 222). Damiani, J. P., Gibbons, Gulotta and Weinstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BARTON and ROBERT ASCHER, Appellants.—Two judgments (one as to each defendant) of the Supreme Court, Queens County, both rendered February 5, 1980, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Lazer, Mangano and Cohalan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REYNOLD CHURCH, Appellant.—Appeal by defendant, as limited by his motion, from a resentence of the Supreme Court, Suffolk County, imposed March 18, 1980. Resentence affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 456.50 (subd 5). Mollen, P. J., Hopkins, Damiani and Titone, JJ., concur.